UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS

FOR THE

DISTRICT OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| Wilnick Dorval | ) | |
|    Plaintiff | ) | |
|    v. | ) | Case No. 2017-37 |
| Jefferson Beauregard Sessions, et al, | ) | |
|    Defendants | ) | |

**ORDER GRANTING PLAINTIFF WILNICK DORVAL'S SECOND MOTION FOR PRELIMINARY AND PERMANENT RESTRAINING ORDER, AND INJUNCTION**

This matter is before the Court on Plaintiff Wilnick Dorval's second motion for preliminary and permanent restraining order, and injunctive reliefs on defendants, US Department of Justice (DOJ); Security and Exchange Commission (SEC); Federal Bureau of Investigation ("FBI"); Immigration and Customs Enforcement ("ICE"); District Attorney's Office for the Southern District of New York; Jefferson Sessions; Rod Rosenstein; Jay Clayton; Joon Kim; Joan Laughnane; Andrew McCabe; William Sweeney; Thomas Homan; Joseph Demarest; Nicholas Gus; Frank Fabio; and other unknown agents of the FBI and ICE. This Court being fully advised on the premises, it is hereby

**ORDERED** that the Motion for preliminary and permanent restraining order and injunctive reliefs is **GRANTED**; AND it is further

**ORDERED** that defendants US Department of Justice (DOJ); Security and Exchange Commission (SEC) Federal Bureau of Investigation ("FBI"); Immigration and Customs Enforcement ("ICE");

1

District Attorney's Office of for the Southern District of New York; Jefferson Sessions; Rod Rosenstein; Jay Clayton; Joon Kim; Joan Laughnane; Andrew McCabe; William Sweeney; Thomas Homan; Joseph Demarest; Nicholas Gus; Frank Fabio; and other unknown agents of the FBI and ICE are enjoined from taking any steps, to directly or indirectly, interfere with plaintiff, Wilnick Dorval's First, Fourth, Fifth, Sixth, Eighth, Night, Thirteenth and Fourteenth Amendments rights and Civil Right Act of 1968, 42 U.S.C § 3601-3619, 42 U.S.C. § 1981-1986, 42 U.S.C § 2000a;

**ORDERED** that defendants US Department of Justice (DOJ); Security and Exchange Commission (SEC); Federal Bureau of Investigation ("FBI"); Immigration and Customs Enforcement ("ICE"); District Attorney's Office for the Southern District of New York; Jefferson Sessions; Rod Rosenstein; Jay Clayton; Joon Kim; Joan Laughnane; Andrew McCabe; William Sweeney; Thomas Homan; Joseph Demarest; Nicholas Gus; Frank Fabio; and other unknown agents of the FBI and ICE are enjoined from taking any steps, to directly or indirectly, interfere with plaintiff Wilnick Dorval's right to equal protection of the laws and from enjoying the equal rights, privileges and immunities of citizens under the laws of the United States and the U.S. Virgin Islands, including but not limited to his rights to freedom of speech, movement, association and assembly; his right to petition his government for redress of his grievances; his rights to be secure in his persons and his homes; and his rights not to be enslaved nor deprived of life and liberty other than by due process of law;

**ORDERED** that defendants US Department of Justice (DOJ); Security and Exchange Commission (SEC); Federal Bureau of Investigation ("FBI"); Immigration and Customs Enforcement ("ICE"); District Attorney's Office for the Southern District of New York; Jefferson Sessions; Rod

Rosenstein; Jay Clayton; Joon Kim; Joan Laughnane; Andrew McCabe; William Sweeney; Thomas Homan; Joseph Demarest; Nicholas Gus; Frank Fabio; and other unknown agents of the FBI and ICE are enjoined from taking any steps, directly or indirectly to file any charges, penalties or any restrictions on plaintiff Wilnick Dorval.


Dated:_____,2017        _____

                                                                                      Curtis V. Gomez

                                                                                      United States District Court Judge