**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**

**FOR THE**

**DISTRICT OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| Wilnick Dorval | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 2017-37 |
| Jefferson Beauregard Sessions, et al, | ) | |
| Defendants | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I am causing this document to be filed electronically by this Court's CM/ECF system, the court will send a notification of this filing to all electronic filing users, and I hereby certify that I mailed an exact copy of this document, by first class U.S. Mail on the following:

1. Jefferson Beauregard Sessions III
   U.S. Department of Justice (DOJ)
   950 Pennsylvania Av, NW
   Washington, DC 20530-0001

2. Preetinder Singh "Preet" Bharara
   U.S. District Attorney's office for the Southern District of New York
   1 St. Andrew's Plaza
   New York City, NY 10007

3. Joon H. Kim
   U.S. District Attorney's office for the Southern District of New York

    1 St. Andrew's Plaza

    New York City, NY 10007

4. Joan Laughnane

    U.S. District Attorney's office for the Southern District of New York

    1 St. Andrew's Plaza

    New York City, NY 10007

5. James Comey

    Federal Bureau of Investigation

    935 Pennsylvania Ave NW

    Washington, D.C. 20535-0001

6. Andrew G. McCabe

    Federal Bureau of Investigation

    935 Pennsylvania Ave NW

    Washington, D.C. 20535-0001

7. Joseph M. Demarest

    Federal Bureau of Investigation, New York Office

    26 Federal Plaza, 23rd Floor

    New York, NY 10278

8. William F. Sweeney Jr

    Federal Bureau of Investigation, New York Office

    26 Federal Plaza, 23rd Floor

    New York, NY 10278

9. Mary Jo White

    U.S. Security and Exchange Commission

    100 F Street, NE

    Washington, DC 20549

10. Jay Clayton

    U.S. Security and Exchange Commission

100 F Street, NE

Washington, DC 20549

11. Robin Hayes

JetBlue Airways Corp

27-01 Queens Plaza North

Long Island City, New York 11101

12. Thomas D. Homan

U.S. Immigration and Customs Enforcement

500 12th, Street SW

Washington, D.C. 20536

13. Nicholas Gus

Federal Bureau of Investigation, New York Office

26 Federal Plaza, 23rd Floor

New York, NY 10278

14. Frank Fabio

U.S. Immigration and Custom Enforcement

970 Broad St, Room 1300

Newark, NJ 07102

15. JetBlue Airways Corporation

National Registered Agents, Inc

160 Greentree Dr. STE 101

Dover, DE 19904

16. United States Attorney's Office

Civil Process Clerk

Federal Building and U.S. Courthouse

Room 260

5500 Veterans Drive

St. Thomas, V.I. 00802-6424

Dated: August 10, 2017

/s/ Wilnick Dorval

Wilnick Dorval

6700 Sapphire Village

Apt 265

St. Thomas, 00802

Phone: (917) 602-3354

Dorval.wilnick@gmail.com