UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS

FOR THE

DISTRICT OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| Wilnick Dorval | ) | |
|     Plaintiff | ) | |
| v. | ) | Case No. 2017-37 |
| Jefferson Beauregard Sessions, et al, | ) | |
|     Defendants | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I am causing this document to be filed electronically by this Court's CM/ECF system, the court will send a notification of this filing to all electronic filing users, and I hereby certify that I mailed an exact copy of this document, by first class U.S. Mail on the following:

1. Jefferson Beauregard Sessions III
   U.S. Department of Justice (DOJ)
   950 Pennsylvania Av, NW
   Washington, DC 20530-0001

2. Preetinder Singh "Preet" Bharara
   U.S. District Attorney's office for the Southern District of New York
   1 St. Andrew's Plaza
   New York City, NY 10007

3. Joon H. Kim
   U.S. District Attorney's office for the Southern District of New York

1

   1 St. Andrew's Plaza

   New York City, NY 10007

4. Joan Laughnane

   U.S. District Attorney's office for the Southern District of New York

   1 St. Andrew's Plaza

   New York City, NY 10007

5. James Comey

   Federal Bureau of Investigation

   935 Pennsylvania Ave NW

   Washington, D.C. 20535-0001

6. Andrew G. McCabe

   Federal Bureau of Investigation

   935 Pennsylvania Ave NW

   Washington, D.C. 20535-0001

7. Joseph M. Demarest

   Federal Bureau of Investigation, New York Office

   26 Federal Plaza, 23rd Floor

   New York, NY 10278

8. William F. Sweeney Jr

   Federal Bureau of Investigation, New York Office

   26 Federal Plaza, 23rd Floor

   New York, NY 10278

9. Mary Jo White

   U.S. Security and Exchange Commission

   100 F Street, NE

   Washington, DC 20549

10. Jay Clayton

    U.S. Security and Exchange Commission

    100 F Street, NE

    Washington, DC 20549

11. Thomas D. Homan

    U.S. Immigration and Customs Enforcement

    500 12th, Street SW

    Washington, D.C. 20536

12. Nicholas Gus

    Federal Bureau of Investigation, New York Office

    26 Federal Plaza, 23rd Floor

    New York, NY 10278

13. Frank Fabio

    U.S. Immigration and Custom Enforcement

    970 Broad St, Room 1300

    Newark, NJ 07102

14. United States Attorney's Office

    Civil Process Clerk

    Federal Building and U.S. Courthouse

    Room 260

    5500 Veterans Drive

    St. Thomas, V.I. 00802-6424

Dated: August 10, 2017

    /s/ Wilnick Dorval

    Wilnick Dorval

    6700 Sapphire Village

    Apt 265

St. Thomas, 00802

Phone: (917) 602-3354

Dorval.wilnick@gmail.com