```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN

WILNICK DORVAL,                      )
                                     )
            Plaintiff,                )
                                     )
            v.                        )    Civil No. 2017-37
                                     )
JEFFERSON BEAUREGARD SESSIONS,        )
III; PREETINDER SINGH BHARARA;        )
JOON H. KIM; JOAN LAUGHNANE;          )
JAMES CORNEY; ANDREW G. MCCABE;       )
JOSEPH M. DEMAREST; MARY JO           )
WHITE; JAY CLAYTON; MICHAEL S.        )
PIWOWAR; KARA M. STEIN; DENNIS        )
DOREZA; THOMAS D. HOMAN;              )
NICHOLAS GUS; FRANK FABIO;            )
UNITED STATES SECURITY AND            )
EXCHANGE COMMISSION; FINANCIAL        )
INDUSTRY REGULATORY AUTHORITY;        )
U.S. DEPARTMENT OF JUSTICE;           )
UNITED STATES DISTRICT                )
ATTORNEY'S OFFICE FOR THE             )
SOUTHERN DISTRICT; U.S.               )
IMMIGRATION AND CUSTOMS               )
ENFORCEMENT; FEDERAL BUREAU OF        )
INVESTIGATION; JET BLUE AIRWAYS       )
CORP.; UNITED STATES POSTAL           )
SERVICE; ST. MARY'S MEDICAL           )
CENTER; ROBIN HAYES; UNITED           )
STATES OF AMERICA,                    )
                                     )
            Defendants.                )
```

**APPEARANCES:**

**Wilnick Dorval**
St. Thomas, U.S.V.I.
    *Pro se plaintiff,*

**Mark D. Hodge**
Hodge & Hodge
Law Offices of Wilfredo Giegel
St. Thomas, U.S.V.I.
    *For Jet Blue Airways Corp.*

**Gretchen Shappert, United States Attorney**
**Sansara Adella Cannon, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
   *For the United States of America.*

## ORDER

**GÓMEZ, J.**

Before the Court are the motions of Wilnick Dorval ("Dorval") to amend his complaint.

On May 30, 2017, Dorval commenced this action by filing a complaint in this Court. On June 1, 2017, Dorval filed an amended complaint. On June 7, 2017, Dorval filed a second amended complaint, which the Magistrate Judge struck from the record. Later that day, Dorval filed a motion to amend his complaint. On June 28, 2017, Dorval filed a second motion to amend his complaint. In support of both motions, Dorval averred that "none of the defendants would be prejudiced because none of the defendants have been served with a copy of the Complaint and Summons and none of the defendants have filed an answer to any of the complaints." *See* ECF No. 28; ECF No. 30.

Federal Rule of Civil Procedure 15 ("Rule 15") provides that "[a] party may amend its pleading once as a matter of course within: (A) 21 days after serving it; or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1).

After a party amends its pleading as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

The premises considered; it is hereby

**ORDERED** that the motion to amend filed on June 7, 2017, and docketed at ECF Number 28 is **MOOT;** and it is further

**ORDERED** that the motion to amend filed on June 28, 2017, and docketed at ECF Number 30 is **GRANTED.**


S\_____
**Curtis V. Gómez
District Judge**